## 54593. GUNN v. THE STATE.

BELL, Chief Judge.
Defendant was convicted of voluntary manslaughter. He limits his appeal solely to the issue of whether the evidence is sufficient to authorize the conviction. We have examined the transcript and it contains sufficient evidence to support the verdict.

*Judgment affirmed. McMurray and Smith, JJ., concur.*

SUBMITTED OCTOBER 3, 1977 — DECIDED OCTOBER 18, 1977.

*J. Douglas Willix,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Donald J. Stein, R. Andrew Weathers, Assistant District Attorneys,* for appellee.